IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSE COGILL, | ) | 8:09CV209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GISER, Cpl., are to be sued in their | ) | |
| individual capacities, CARRIE CROPP, are | ) | |
| to be sued in both their individual and | ) | |
| official capacities, ADKINS, Cpl., are to be | ) | |
| sued in their individual capacities, and | ) | |
| JANNET NEWMAN, are to be sued in both | ) | |
| their individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Alter or Amend, which the court construes as a Motion to Reconsider. (Filing No. 53.) In his Motion, Plaintiff asks the court to reconsider its May 12, 2010, Memorandum and Order that denied his Motion for Default Judgment. (Filing Nos. 52 and 53.) The court has carefully reviewed Plaintiff's Motion and finds no good cause to reconsider its May 12, 2010, Memorandum and Order.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Alter or Amend (filing no. 53), construed as a Motion to Reconsider, is denied.

DATED this 22nd day of June, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.