IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSE COGILL, | ) | 8:09CV209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GISER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on a Motion for Leave to Take Deposition of Plaintiff filed by Defendants Adkins and Giser. (Filing No. 68.) Plaintiff is a prisoner at the Tecumseh State Correctional Institution.

Federal Rule of Civil Procedure Rule 30(a)(2)(B) states that a party must obtain leave of court to depose a person confined in prison. Leave shall be granted to the extent consistent with the principles stated in Rule 26(b)(2). Fed. R. Civ. P. 30(a)(2). Defendants' Motion is granted, and the deposition proposed for September 14, 2010, may proceed.

IT IS THEREFORE ORDERED that Defendants' Motion for Leave to Take Deposition of Plaintiff (filing no. 68) is granted.

DATED this 2nd day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.