IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSE COGILL, | ) | 8:09CV209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Objection to Memorandum and Order (filing no. 89), which the court liberally construes as a Motion for Reconsideration. In his Motion, Plaintiff seeks reconsideration of the court's January 18, 2011, Memorandum and Order, which dismissed Plaintiff's federal claims against Kenneth Adkins, Karl Gaiser, and Carrie Cropp with prejudice. (*See* Filing No. 81.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its January 18, 2011, Memorandum and Order.

IT IS THEREFORE ORDERED that Plaintiff's Objection to Memorandum and Order (filing no. 89), which the court liberally construes as a Motion for Reconsideration, is denied.

DATED this 28th day of February, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge